UNITED STATES of America,
Plaintiff–Appellee,

v.

Manuel CORNEJO–RODRIGUEZ,
a.k.a. Manuel Rodriguez–Cornejo,
Defendant–Appellant.

No. 12–10665.

United States Court of Appeals,
Ninth Circuit.

Submitted April 8, 2014.*

Filed April 10, 2014.

Christina Marie Cabanillas, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jill Elayne Thorpe, Tucson, AZ, for Defendant–Appellant.

Manuel Cornejo–Rodriguez, pro se.

Before: BENAVIDES,** TALLMAN, and CLIFTON, Circuit Judges.

## MEMORANDUM ***

Manuel Cornejo–Rodriguez ("Rodriguez") appeals from the judgment revoking his supervised release and the sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

